FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAR 2 2 2007

Stephan Harris, Clerk
Casper

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 07 CR 104-B |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. §§ 922(g)(1) and 924(e)(1) |
| | ) | (Felon in Possession of A Firearm) |
| v. | ) | |
| | ) | |
| DANIEL RAY UNDERWOOD, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about November 24, 2006, in the District of Wyoming, the Defendant, **DANIEL RAY UNDERWOOD,** having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Savage Model 99c, .243 caliber lever action rifle, serial number B293466, which had previously traveled in and affected interstate commerce

In violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1).

A TRUE BILL:

*Ffany Joy*
FOREPERSON

*John R. Green*
MATTHEW H. MEAD
United States Attorney

## PENALTY SUMMARY

**DATE:** March 20, 2007

**DEFENDANT NAME:** Daniel Ray Underwood

**VICTIM (Yes or No):** No

**OFFENSE AND PENALTIES:**

**OFFENSE:** 18 U.S.C. §§ 922(g)(1), 924(a)(2) and 924(e)(1)
(Felon in Possession of a Firearm)

**PENALTIES:** Not less than 15 years imprisonment
$250,000 Fine
3 years supervised release
$100 special assessment
Class "A" Felony

**AGENT:** Jay Johnson
ATF - Lander

**AUSA:** Darrell L. Fun

**ESTIMATED TIME OF TRIAL:**　　　　**INTERPRETER NEEDED:**

XXXX  five days or less　　　　　　　　_____ Yes

_____ over five days　　　　　　　　　XXXX No

_____ other

**THE GOVERNMENT:**　　　　　　　_____ The court should not grant bond because
　　　　　　　　　　　　　　　　　　　　　the Defendant is not bondable because
XXXX  will　　　　　　　　　　　　　　　there are detainers from other
　　　　　　　　　　　　　　　　　　　　　jurisdictions
_____ will not

**SEEK DETENTION IN THIS CASE.**